# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Philip Chirogene,<br><br>      Plaintiff,<br>v.<br><br>Fowler, Landen, & Rose,<br><br>      Defendant. | Civil Action No.: 4:17-cv-00663 |

## ORDER GRANTING NOTICE OF WITHDRAWAL AND VOLUNTARY DISMISSAL OF ACTION

Having reviewed the Plaintiff's "Notice of Withdrawal of Complaint and Voluntary Dismissal of Action Without Prejudice Pursuant to Rule 41(a)" [Dkt. #12], it is hereby ORDERED that this case is hereby DISMISSED without prejudice.

**SIGNED this the 25th day of September, 2018.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE